# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHARON GLASSBROOK,

    Plaintiff,

v.                                                                          Case No. 13-10152

ROSE ACCEPTANCE, INC., et al.,

    Defendants.

_____/

## ORDER SUSPENDING DEADLINES AND MOTION PRACTICE
## AND DIRECTING PARTIES TO APPEAR AT A STATUS CONFERENCE

On December 11, 2013, the court conducted a status conference with counsel. Defendants contend that they have not, in any way, violated the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, with respect to the telephone number alleged in Plaintiff's complaint, XXX-XXX-1158. Specifically, Defendants assert that any calls made to XXX-XXX-1158 were manual calls and no automatic telephone dialing system was used. Counsel have agreed to work cooperatively to determine the accuracy of Defendants' contention. Until such time,

IT IS ORDERED that all deadlines and motion practice are SUSPENDED pending further order of the court.

IT IS FURTHER ORDERED that counsel are DIRECTED to appear for a Telephone Status Conference on **January 28, 2014 at 10:30 am**. The Court will initiate the call.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: December 16, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 16, 2013, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522