## DECLARATION OF RANDALL A. SNYDER

I, Randall A. Snyder, hereby declare as follows:

1. My name is Randall A. Snyder. I am an adult over the age of 18 and a resident of the state of Nevada. I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2. I am an independent telecommunications technology consultant and reside at 8113 Bay Pines Avenue, Las Vegas, Nevada, 89128. I have been retained by Mantese Honigman Rossman and Williamson, P.C. in the matter *Glassbrook v. Rose Acceptance, Inc. and First National Bank of America*, 2:13-cv-10152-RHC-MJH (E.D. Mich.) to provide my expert opinions relating to technology described within the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and the claims by Plaintiff that defendants Rose Acceptance, Inc. and First National Bank of America ("Defendants") maintain an Automatic Telephone Dialing System ("ATDS") as defined in the TCPA.

3. I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them. My opinions in this declaration are based on my education, knowledge, experience, training and my review of the following documents in this case: Plaintiff's First Amended Class Action Complaint; Answer to First Amended Class Action Complaint and Affirmative Defenses; Defendants' Motion to Dismiss; Plaintiff's Response in Opposition to Defendants' Motion to Dismiss; Order Denying Without Prejudice Defendants' Motion to Dismiss; Defendants' Motion to Dismiss Plaintiff's First Amended Complaint; Defendants' responses to Plaintiff's First Set of Discovery Requests to Defendants; Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [DKT. #28]; Defendants' Reply

-1-

Brief in Support of Motion to Dismiss Plaintiff's First Amended Complaint; Order and

Opinion Denying Defendants' Motion to Dismiss; The Parties' Rule 26(f) Report;

Plaintiff's Pre-Discovery Motion for Class Certification; Defendants' Motion for

Reconsideration; Plaintiff's Response in Opposition to Defendants' Motion for

Reconsideration; Plaintiff's Motion for Leave to File a Response in Opposition to

Defendants' Motion for Reconsideration; Defendants' Response in Opposition to Plaintiff's

Motion for Leave to File Response to Defendants' Motion for Reconsideration; Declaration

of Jeffery Sweet and attached documents; Opinion and Order Denying Defendants' Motion

for Reconsideration, Denying as Moot Plaintiff's Motion for Leave, Striking Plaintiff's

Response to Defendants' Motion for Reconsideration, and Directing the Parties to File a

Rule 26(F) Discovery Plan; The Parties' Rule 26(f) Report; Defendants' Objections and

Responses to Plaintiff's Interrogatory No. 2; Plaintiff's Third Set of Discovery Requests to

Defendants; Defendants' Objections and Responses to Plaintiff's First Set of Discovery

Requests; Plaintiff's Responses to Defendants' First Set of Discovery to Plaintiff;

Plaintiff's Response to Defendants' Requests for Production of Documents; Plaintiff's

Fourth Set of Discovery Requests to defendants; Defendants' Objections and Responses to

Plaintiff's Second Set of Discovery Requests; Defendants' Objections and Responses to

Plaintiff's Third Set of Discovery Requests; First National Acceptance Company Credit

Services Manual – Revised December 2009 (Bates Nos. FNBA000009 – FNBA000049);

Call Detail Records (Bates Nos. FNBA000050 – FNBA000057); Account Log Files (Bates

Nos. FNBA000061 – FNBA000068, FNBA000083); Skiptrace Files (Bates Nos.

FNBA000069 – FNBA000071); Deposition of Charles Browning (rough draft); Deposition

of Paul Dankert (rough draft); Telephone Consumer Protection Act, 47 U.S.C. § 227, *et*

-2-

*seq.* ("TCPA") and regulations promulgated thereunder; the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated October 16th, 1992; the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated July 3rd, 2003; and the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated January 4th, 2008.

4.  I have over 28 years of experience in telecommunications network and system architecture, engineering, design and technology. I am an expert in the fields of both wireline and wireless telecommunications networking technology. A copy of my *curriculum vitae* is attached to this Declaration. I have been retained as a testifying or consulting expert in more than 70 cases regarding cellular telecommunications technology, including 44 cases regarding Short Message Service ("SMS") technology and 44 cases regarding the TCPA and associated regulations. In addition, I have been retained as an expert by both plaintiffs and defendants in cases regarding the TCPA.

5.  I have taught many classes and seminars on both wireline and wireless telecommunication network technologies and have been a panelist and speaker at numerous conferences at the Institute of Electrical and Electronics Engineers ("IEEE"), the Personal Communication Society ("PCS"), and the Cellular Telecommunications and Internet Association ("CTIA") as an expert in telecommunication networks. I spent seven years developing standards within the American National Standards Institute's subsidiary organization, the Telecommunications Industry Association ("TIA"), providing technical contributions and authoring and editing telecommunications proposed standards documents. Most notably, I authored and oversaw the standardization of Interim Standard 93, providing

DECLARATION OF RANDALL A. SNYDER

interconnection technology between wireline and wireless networks, which is a fully accredited national standard of the American National Standards Institute ("ANSI"). I am the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. These books have sold several thousand copies and were required reading for wireless engineers at AT&T Wireless and Motorola for several years. The latter book has also been relied upon and cited numerous times as a reference for various patents in the telecommunications industry. I have been issued 18 patents myself on telecommunications networking technology and currently have six additional published patents pending. I have also authored several articles on telecommunications technology and have been quoted numerous times in industry trade publications. I have consulted for and been employed by many wireline and wireless telecommunications companies including McCaw Cellular, AirTouch, AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Nextwave, MCI, Sprint, T-Mobile USA, U.S. Cellular and other telecommunications technology vendors and service providers. I was also nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology I designed while employed at Entriq, Inc. In addition, in 2002, I was co-founder of m-Qube, Inc., one of the first text message based mobile marketing companies in N. America. m-Qube founded and established the Mobile Marketing Association (see http://www.mmaglobal.com) which subsequently established the technology and methodology for the use of text message based short codes within N. America.

DECLARATION OF RANDALL A. SNYDER

6.  I have been issued four patents related to SMS technology, including the invention of short code technology, and my books have been cited in four additional issued patents on SMS technology. Still more detail, as well as details of publications that I have authored or co-authored within at least the past 10 years, are provided in my attached *curriculum vitae* (a true and correct copy of which is attached hereto as Exhibit A) along with a list of cases where I served as a testifying or consulting expert and my standard rate sheet. I am being compensated at the rate of $450 per hour for my study, analysis and testimony in this case. (Exhibit A.)

7.  I understand that fact discovery in this case is ongoing and I also understand that there are documents and/or evidence that have yet to be produced and depositions that have yet to occur. To the extent that I cannot fully opine on the technical issues in this case, I hereby reserve the right to supplement this Declaration with both my conclusions and opinions in a detailed and additional supplementary declaration in the future.

## INTRODUCTION

8.  The TCPA prohibits unsolicited voice and text calls to cellular telephone numbers using an "automatic telephone dialing system" ("ATDS"), which the statute defines as "equipment which has the capacity – (i) to store or produce telephone numbers to be called, using a random or sequential number generator; and (ii) to dial such numbers." Additionally, it is my understanding that the Federal Communications Commission ("FCC") has issued further regulations that also define an ATDS as including the capacity to dial telephone numbers from a provided list or database of telephone numbers without human intervention.

-5-

9. Based on my education, knowledge, experience, expertise, training, my review of the limited relevant documents provided by the Defendants and the facts identified above, it is my expert opinion that it is reasonable to conclude that the Defendants operate and maintain an ATDS as defined within the TCPA.

**BACKGROUND**

10. It is my understanding that the Defendants provide loan and debt collection services. To provide these services, the Defendants place outbound calls to accounts of individuals who may be delinquent on some financial obligation. Although little public information is available on the technology used by the Defendants for debt collection services, it is apparent that they use computerized telephone dialer technology as well as maintaining comprehensive database information on accounts to be serviced.

11. I have reviewed the deposition of Mr. Paul Dankert, who was produced as a Rule 30(b)(6) witness on behalf of Defendants. Mr. Paul Dankert is the Supervisor for the foreclosure and bankruptcy departments of the Defendants. In his deposition (Exhibit B, Dankert Dep.), Mr. Dankert testified, among other things, that the dialer used to place outbound calls is "…a software program through TouchStar that would be used to dial phone numbers." (Dankert Dep., 10:8-10.) Furthermore, when Mr. Dankert was asked if the debtors phone numbers are stored somehow, he stated, "Well, they're stored in the Weber database." (Dankert Dep., 11:23-12:5.) When asked how TouchStar dials the phone numbers stored in the Weber database, Mr. Dankert responded, "Well, if it's – it has to be set up. A call campaign has to be set up." (Dankert Dep., 12:9-11.) Furthermore, Mr. Dankert explained, "A call campaign, we go into [unreadable], which is a program used to run queries. So we put a call campaign based on certain criteria which accounts are going to be called from a

DECLARATION OF RANDALL A. SNYDER

days past due range. That query would give us a list of account numbers, names of borrowers, and phone numbers. I would copy that information over to an Excel spreadsheet, review that spreadsheet for any anomalies, such as duplicate phone numbers or numbers that – you know, data that wasn't good, take that data out. I would then open up TouchStar and then drag and drop that Excel sheet into TouchStar to prepare for the call campaign." Additionally, he said, "All TouchStar does is dial the numbers." (Dankert Dep., 12:15-13:4.) When asked about the type of automatic dialing that the system performs, Mr. Dankert explained, "Based on criteria, I would control the speed of the call, control how many collectors that I have available for that call campaign, and then just dial the number." (Dankert Dep., 14:15-17.)

## AUTOMATIC TELEPHONE DIALING FUNCTIONS

12. Automatic telephone dialing systems used by debt collections service (and other) companies typically fall into three categories of computerized telephone number dialing: preview dialing, predictive dialing and basic automatic dialing.

13. "Preview" dialing is a method for dialing individual telephone numbers by call center agents. When "preview" dialing is used, each individual call center agent can "preview" a computerized call account record and has the ability to originate the call in various ways. For example, the call center agent can dial the full 10-digit telephone number displayed in the call record; the call center agent can dial a different 10-digit telephone number that may be listed as an alternate number; or the call center agent can "invoke" dialing of the 10-digit telephone number displayed in the call record by clicking a key on the keyboard or using the cursor on the screen to click a "dial" button.

DECLARATION OF RANDALL A. SNYDER

14. "Predictive" dialing is a computerized method for automatically dialing lists of telephone numbers commonly used in call center operations. "Predictive" dialing also provides the capability to "predict" the availability of call center agents that can respond to the outbound calls that have been dialed by the "predictive" dialer and answered by the called party. Pre-recorded voice technology may also be used to announce to the called party to wait for a call center agent to respond. Furthermore, "predictive" dialing methods enable a variety of programmatic ways to treat calls that have not been answered by the called party. As examples, calls that may be answered by voice-mail, calls that receive a busy signal and calls that are not answered, may all be treated and managed differently by the automated system. "Predictive" dialing necessarily requires certain algorithmic and computerized functionality to operate properly. For example, "predictive" dialing requires the equipment to perform call progress analysis for each automated call made in order to detect ring-back tones, busy tones and the difference of whether a person, answering machine or voice-mail system has answered a call. Additionally, automatic "predictive" dialing requires a "pacing" algorithmic function. Pacing algorithms are the statistical models that perform as the primary function enabling the automatic dialing system to predict the availability of call agents and increase the efficiency of the call agents. These complex algorithms are based on various factors such as average call time, number of agents available, number of expected abandoned calls, average number of answering machines detected, time of day, day of week and many, many other factors. "Predictive" dialing can make use of an interactive voice response ("IVR") system, whereby an artificial or prerecorded voice message is used to communicate with the called party and computerized prompts may be used to enable the called party to provide automated responses.

-8-

DECLARATION OF RANDALL A. SNYDER

15. "Basic automatic" dialing is a computerized method for automatically dialing lists of telephone numbers commonly used in call center operations. "Basic automatic" dialing is a type of "automatic telephone dialing" as defined by the FCC to make outbound telephone calls without human intervention for sales, telemarketing, collections or other purposes. Using this very basic type of automated dialing, the computerized system dynamically regulates the number of calls to be automatically dialed by maintaining a simple balance between the number of call center agents available, the number of calls currently in progress and the "dial ratio." The dial ratio is simply the ratio of telephone lines configured per call center agent involved in a particular calling campaign. Using this basic mechanism, the number of automated outbound telephone calls to be dialed by the computer system can be dynamically regulated (*i.e.*, increased or decreased) over time simply based on the number of calls in progress, the number of agents and the number of telephone lines available per agent. Basic automatic dialing can make use of an interactive voice response ("IVR") system, whereby an artificial or prerecorded voice message is used to communicate with the called party and computerized prompts may be used to enable the called party to provide automated responses.

16. Each of these three types of computerized dialing: preview, predictive and basic automatic, enables debt collection companies to efficiently add and store telephone numbers to be dialed and subsequently dial those numbers. Individual telephone numbers to be called for sales, telemarketing, collections or other purposes are stored within computerized records. These records can contain one or more telephone numbers to be dialed.

**THE TCPA AND AUTOMATIC TELEPHONE DIALING SYSTEMS**

DECLARATION OF RANDALL A. SNYDER

17. The TCPA prohibits unsolicited calls to cellular telephone numbers using an "automatic telephone dialing system" ("ATDS"), which the statute defines as "equipment which has the capacity – (i) to store or produce telephone numbers to be called, using a random or sequential number generator; and (ii) to dial such numbers."

18. In addition, the TCPA prohibits any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other common carrier service, or any service for which the called party is charged for the call.

19. In the FCC's Declaratory Ruling of July 3, 2008, the Commission found:

> "The statutory definition contemplates autodialing equipment that either stores or produces numbers. It also provides that, in order to be considered an "automatic telephone dialing system," the equipment need only have the '*capacity* to store or produce telephone numbers (emphasis added)...'" (*See* ¶ 132.)

20. Furthermore, the FCC has held that prohibitions under the TCPA apply to stored lists of telephone numbers as well as random or sequentially generated numbers (*See Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, CG Docket No. 02-278,* January 4, 2008).

21. In the FCC's Declaratory Ruling of January 4, 2008, the Commission found:

> "…that the evolution of the teleservices industry had progressed to the point where dialing lists of numbers was far more cost effective, but that the basic function of such dialing equipment, had not changed— the capacity to dial numbers without human intervention. The Commission noted that it expected such automated dialing technology to continue to develop and that Congress had clearly anticipated that the FCC might need to consider changes in technology." (*See* ¶ 13.)

22. In addition, the Commission stated:

-10-

DECLARATION OF RANDALL A. SNYDER

"...to find that calls to emergency numbers, health care facilities, and wireless numbers are permissible when the dialing equipment is paired with predictive dialing software and a database of numbers, but prohibited when the equipment operates independently of such lists, would be inconsistent with the avowed purpose of the TCPA and the intent of Congress in protecting consumers from such calls." (*See* ¶ 14.)

## SUMMARY OF OPINIONS

23. Based on my education, knowledge, experience, expertise, training, my review of the relevant documents provided and the facts described above, it is my expert opinion that the Defendants use an automatic telephone dialing system ("ATDS") as defined in the TCPA and accompanying regulations. I base this opinion on the fact that the Defendants' TouchStar dialing system performs "basic automatic dialing" functions. In addition, the TouchStar system stores an electronic list of telephone numbers to be dialed and then dials those numbers. Therefore, this equipment fulfills the definition of an ATDS under the TCPA.

24. My opinions in this declaration are based upon extensive experience in the telecommunications industry, a detailed understanding of telecommunications systems and a detailed understanding of automatic telephone dialing systems. I hereby reserve the right to supplement or modify my opinions detailed in this report to the extent that new information is made available through discovery or other means.

25. I declare that the foregoing is true and correct subject to the laws of perjury of the United States of America.

Executed in Las Vegas, Nevada, on this 12th day of May 2014.

*Randall A. Snyder*

Randall A. Snyder

-11-

DECLARATION OF RANDALL A. SNYDER



## Randall A. Snyder
## Curriculum Vitae

## Professional Summary

Randall Snyder is a recognized expert in wireless and cellular telecommunications technology, executive manager and leader, designing, developing, marketing and managing mobile telecommunication system and software products. He has over 30 years of experience specializing in wireless telecommunications technology, network architecture, design, system engineering, marketing and product management. He is a reputable leader and strategic developer with a successful background building startups. He is skilled presenter, communicator, and educator with success impacting organizational performance, corporate reputation and increasing sales. Mr. Snyder is results-oriented, highly organized and creatively focused on adhering to organizational missions and philosophy while designing best-of-breed mobile technology solutions. He has extensive travel experience to Asia-Pac, Latin America and Europe supporting engineering, sales and marketing with familiarity with wireless network operators and manufacturers worldwide. Mr. Snyder has several years of wireless standards development with extensive travel throughout Asia-Pac, Latin America and Europe.

## Expertise

- Business Relations: Seminars, Sales Presentations and Sales Engineering
- Legal: Provisional and Patent Applications, Subject Matter Expert Consultant, Expert Witness and Testimony, Litigation Support, Sales and Vendor Contract Negotiations and Review, Qualified as an Expert in Federal District Court
- Management: Strategic/Tactical Planning, Product Management, Marketing Management, Operations Management, Competitive Analysis, Problem Resolution, Project Planning, Risk Management

- Organizational: P&L Management, Budget Planning, Expense Reduction and Cost Control
- Technology: Wireless Network Engineering, Design and Architecture, Multimedia Systems, Mobile Internet, Mobile Video, Mobile Marketing, mCommerce and Mobile Payments, Mobile Telecommunications Standards, 3G, UMTS, LTE, LBS, SMS, MMS, WAP, GSM, and ANSI-41 (CDMA) Networking, Signaling System No. 7 (SS7), Communications Protocols, Telephone Consumer Protection Act (TCPA), Automatic Telephone Dialing Systems (ATDS)

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy) |

## Randall A. Snyder
## Curriculum Vitae

## Professional Experience

From:           January 2007
To:             Present
Organization:   Wireless Research Services, LLC; Las Vegas, NV
Title:          President and Founder
Summary:        Responsible for consulting business, and revenue as well as being the principal
                consultant. Areas of subject matter expertise include mobile and cellular networking,
                3G, LTE, UMTS, GSM, ANSI-41, LBS, SMS, MMS, WAP, SS7, Diameter Signaling,
                Automatic Telephone Dialing Systems (ATDS) and mobile multimedia systems. With
                this expertise, primary consulting is in the area of system and product architecture,
                design, development, management and marketing as well as patent preparation and
                development, expert reports, expert testimony and litigation support. Expert witness
                and technology consultant for over 70 legal cases; authored over 55 expert reports for
                intellectual property cases, Telephone Consumer Protection Act (TCPA) cases and
                wireless technology litigation cases.

Notable Case:

- Personally cited by United States Court of Appeals for the Ninth Circuit. Satterfield
  v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion.
  Appeal from the United States District Court for the Northern District of California.
  Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal
  FCC Declaratory Rulings that text messages are calls as defined by the TCPA and a
  stored electronic list of telephone numbers falls within the definition of an
  Automatic Telephone Dialing System (ATDS).


From:           September 2007
To:             August 2010
Organization:   Finsphere Corporation; Bellevue, WA
Title:          Vice President Product Management & Wireless Engineering
Summary:        Was among the first handful of employees at Finsphere prior to Series A funding. As
                vice president of product management and wireless engineering and a member of the
                executive management team, was responsible for product management activities and
                wireless technology solutions for Finsphere's products. These products encompassed
                mobile location based software-as-a-service (SaaS) products offered primarily to
                financial institutions and banks. Responsibilities included product requirements and
                system functionality, strategic planning, R&D of new technologies, wireless network
                interconnectivity as well as wireless technology for Finsphere's products. Was also
                responsible for market strategies, white papers and development and management of
                intellectual property and patent applications.

## Randall A. Snyder
## Curriculum Vitae

| | |
|---|---|
| From: | May 2004 |
| To: | April 2007 |
| Organization: | Entriq, Inc.; Carlsbad, CA |
| Title: | Vice President Product Management |
| Summary: | Was responsible for the entire product management team and system architecture for Entriq's products and services. Products encompassed mobile and broadband pay media applications (specializing in video), digital rights management (DRM) and security solutions, e-commerce and m-commerce systems as well as ad management and delivery solutions for both broadband and mobile media services. Responsibilities also included network and protocol analysis, market analysis, evaluation of third-party software and services, all vendor contract negotiations, RFP responses and overall administrative responsibility for the entire product line. Was responsible for directing and managing the technical writing department producing all user documentation associated with the products. Was nominated for a National Television Arts and Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology for unique mobile technology designed, developed and commercially deployed as part of Entriq's solution. |

| | |
|---|---|
| From: | February 2002 |
| To: | November 2003 |
| Organization: | m-Qube, Inc. (acquired by Verisign); Boston, MA |
| Title: | Vice President Product Management and Carrier Marketing |
| Summary: | Was responsible for the entire product management and carrier marketing teams, member of the executive management team and one of the founders. Was responsible for all product management, system engineering and product strategy for all business conducted with the wireless industry and carriers. Was in charge of the market strategy and wireless network architecture for m-Qube's mobile marketing service, a value-added service offering mobile marketing solutions to wireless carriers using short message services (SMS) for GSM and CDMA networks. The service architecture enabled branded companies to deploy promotional marketing and messaging campaign dialogs with mobile subscribers via SMS. The network architecture required definition and design of all aspects of the overall network including SMS technology, interconnectivity to the wireless carriers, signaling, traffic management, market requirements for features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 2001 |
| To: | February 2002 |
| Organization: | Bitfone Corporation; Mountain View, CA |
| Title: | Vice President Product Management and Marketing |
| Summary: | Was responsible for the entire product management team and all of the company's product definitions, strategies and positioning. Had direct responsibility for market and product requirements, market research, competitive analysis, product strategy and sales strategy. Bitfone's products included the iBroker, a mobile Internet technology infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless |

> ### Randall A. Snyder
> ### Curriculum Vitae

messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices.

| | |
|---|---|
| From: | November 2000 |
| To: | April 2001 |
| Organization: | Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA |
| Title: | Executive Director Emerging Technologies |
| Summary: | Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies. |

| | |
|---|---|
| From: | March 2000 |
| To: | November 2000 |
| Organization: | @Mobile and Software.com (via acquisition); Santa Barbara, CA |
| Title: | Director Wireless Product Management |
| Summary: | Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy. |

| | |
|---|---|
| From: | December 1999 |
| To: | March 2000 |
| Organization: | FreeSpace Communications, Inc.; Palo Alto, CA |
| Title: | Consulting Network Systems Engineer |
| Summary: | Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 1992 |
| To: | December 1999 |
| Organization: | Synacom Technology, Inc.; San Jose, CA |

## Randall A. Snyder
## Curriculum Vitae

Title:        Executive Director Product Marketing and Management
Summary:

1998 – 1999    Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing department of Synacom Technology, including market research and planning, product management and market communications. Lead the entire design, definition and product direction of all aspects of Synacom's products.

1997 – 1998    Director Systems Engineering

- Responsible for coordinating and managing the overall functional and requirements specifications for all Synacom's products as well as the detailed test plans used for alpha system testing of those products. Also responsible for directing and managing the technical writing department producing all of the user documentation associated with all of the products. Provided the primary sales engineering support for sales and marketing and was involved in nearly every aspect of the product lifecycle.

1996 – 1997    Director Consulting Services and Principal Engineer

- Responsible for obtaining, coordinating and managing all technical consulting projects performed by the company. These projects included wireless network architecture and design for both IS-41 and GSM networks for dozens of client companies (carriers and equipment manufacturers). In this role, continued as a member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio intersystem operations standards and the ANSI/TIA TR46 Committee for 1900 MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41 network interworking. Also authored, edited and published TIA standard specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996    Principal Engineer

- Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave, NewNet American Personal Communications, CTIA and several other national and international wireless telecommunications companies.

- Wrote wireless network design and analysis papers including HLR specifications, Authentication Center specifications, PCS network design, short message service (SMS) design, intelligent network applications of wireless technology and in-house expert in signaling protocols. Extensive experience with Signaling System No. 7, including both protocol implementation and design. Authored the Standard Requirements Document for the SS7-based A-interface between the base station and MSC used throughout the TIA. Also involved in the design of the Bellcore WACS/PACS technology, digital cellular network service and feature descriptions, SCPs and HLRs. Extensive experience developing the architecture and design of distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN networks. Key member of the original Cellular Digital Packet Data (CDPD) architecture and design team. Designed the CDPD air interface protocol emulator

**Randall A. Snyder**
**Curriculum Vitae**

developed and marketed by AirLink Communications, Inc.

| | |
|---|---|
| From: | December 1990 |
| To: | April 1992 |
| Organization: | AT&T Bell Laboratories; Whippany, NJ |
| Title: | Consulting Member of the Technical Staff |
| Summary: | Evaluated wireless technology services for the Wireless Systems Architecture group. Also participated as a system engineer on the design of the Global System for Mobile (GSM) communication architecture and a software engineer developing the base station controller (BSC) for GSM. Also responsible for planning, coordinating, designing and testing the SS7 protocol software for the GSM A-interface between the BSC, MSC and operations and maintenance center (OMC). High-level and detailed design specifications were developed to coordinate the protocol testing between two remote laboratories. Provided the traffic analysis and traffic engineering of call traffic for the BSC. Specifically designed and developed the dynamic traffic overload control subsystem for the BSC. Presentations were given to technical staffs at multiple Bell Laboratories facilities supporting this work. |

| | |
|---|---|
| From: | May 1987 |
| To: | December 1990 |
| Organization: | DGM&S, Inc.; Mt. Laurel, NJ |
| Title: | Senior Staff Consultant |
| Summary: | Responsible for the design, development and test coordination of an advanced intelligent network applications platform for a service control point (SCP). Also spent several years as a consulting software engineer for Siemens AG, developing and testing SS7 and call control software for the EWSD digital switching system for international as well as U.S. national network implementations. This work involved extensive travel to both Frankfurt and Munich, Germany for software system design and testing. Also involved in the concept, design and technical marketing of proprietary enabling technology software products for SS7 and ISDN. |

| | |
|---|---|
| From: | May 1986 |
| To: | May 1987 |
| Organization: | ADP, Inc.; Mt. Laurel, NJ |
| Title: | Senior Software Engineer and Analyst |
| Summary: | Responsible for the design and development of data communications and real time database application software for a host data center that provided real time financial information to large brokerage houses. Data communication protocol expertise in HDLC, RS-232 and IBM BiSync. |

### Randall A. Snyder
### Curriculum Vitae

| | |
|---|---|
| From: | June 1984 |
| To: | May 1986 |
| Organization: | C3, Inc.; Cape May, NJ |
| Title: | Consulting Systems Analyst and Software Engineer |
| Summary: | Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software for shipboard use including inventory and law enforcement applications. The work included the follow-through of the entire project lifecycle including writing of requirements, functional, design and program specifications, coding, debugging, alpha and beta testing, release, shipboard installation and continuing technical support of the product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, for successful efforts on these projects. |

## Professional Affiliations, Achievements & Awards

- Member, Mobile Multimedia Institute
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced Media Technology, 2006

## Patents & Publications

### Issued Patents

| Patent | Date | Description |
|---|---|---|
| US 8,670,753 | 3/11/2014 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| Mexico 308720 B | 12/04/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Geografica |
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| US 8,437,784 | 05/07/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 02/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/02/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 04/10/2012 | Mobile Messaging Short Code Translation and Routing System |

## Randall A. Snyder
## Curriculum Vitae

|  |  | and Method |
|---|---|---|
| New Zealand 580499 | 08/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,131,262 | 03/06/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 02/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 02/09/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 01/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 09/07/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 07/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 6,128,389 | 10/03/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 08/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

## Published Patents Pending

| Patent Application | Date | Description |
|---|---|---|
| 20110202407 | 08/18/2011 | System and Method for Improving Internet Search Results Using Telecommunications Data |
| 20110154447 | 06/23/2011 | Systems and Methods for Authenticating a User of a Computer Application, Network or Device Using a Wireless Device |
| 20090204815 | 08/13/2009 | System and Method for Wireless Device Based User Authentication |
| 20080119210 | 05/22/2008 | Wireless Messaging Address System and Method |
| 20080114884 | 05/15/2008 | Centralized Mobile and Wireless Messaging Opt-Out Registry System and Method |
| 20060224943 | 10/05/2006 | Method and System to Automatically Publish Media Assets |

## Publications

1. <u>What Workers Want from Wireless</u> by Randall A. Snyder; April 15, 2004. America's Network, Advanstar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. <u>Wireless Telecommunications Networking with ANSI-41 Second Edition</u>; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and Michael D. Gallagher. *Foreword by Tom Wheeler, current Chairman, Federal Communications Commission.*

Randall A. Snyder
Curriculum Vitae

3. Forecasting SS7 Traffic by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

4. Gallagher, Michael D. and Snyder, Randall A. Mobile Telecommunications Networking with IS-41; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5. IS-41/GSM Interoperability by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

## Citations

1. Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)

2. Method and Apparatus for Routing Short Messages, US Patent #6308075, Issued October 23, 2001.

3. Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices. Patent Application # 20020120779, August 29, 2002.

4. Automatic In-Line Messaging System, US Patent #6718178, Issued April 6, 2004.

5. Method and System for Wireless Instant Messaging, US Patent #7058036, Issued June 6, 2006.

6. United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

## Randall A. Snyder
## Curriculum Vitae

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful cellular telephone calls |
| Law Firm: | Mantese Honigman Rossman and Williamson, P.C. |
| Case Name: | Glassbrook v. Rose Acceptance, Inc. and First National Bank of America |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Iniguez v. The CBE Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Invasion of Privacy Act (Penal Code §§ 630) class action related to unlawful recording of telephone conversations |
| Law Firm: | Keller Grover LLP and Law Offices of Scot D. Bernstein |
| Case Name: | McCase v. Six Continents Hotels, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Keogh, Cox & Wilson, Ltd. |
| Case Name: | Heatherington v. Omaha Steaks, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Shiyan v. Lucille Roberts Health Clubs, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |

**Randall A. Snyder**
**Curriculum Vitae**

Disposition:         Ongoing
Date:                2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Meyer v. Receivables Performance Management LLC
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Creel v. GC Services, L.P.
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Settled
Date:                2014

*Expert Engagement:*
Type of Matter:      Intellectual property (patents) related to short message service (SMS) technology
                     and communication protocols
Law Firm:            White & Case LLP
Case Name:           Nokia Corporation v. Google Inc.
Services Provided:   Testifying expert for defendant
Disposition:         Settled
Date:                2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Horton v. Cavalry Portfolio Services LLC
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2013 – 2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards,
                     Fistos & Lehrman, P.L.
Case Name:           Legg v. Voice Media Group, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing

**Randall A. Snyder**
**Curriculum Vitae**

Date:                       2013 – 2014

*Expert Engagement:*
Type of Matter:             Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                            related to short message service (SMS) technology
Law Firm:                   Edelson LLC
Case Name:                  Sterk v. Path, Inc.
Services Provided:          Testifying expert, expert reports for plaintiff
Disposition:                Ongoing
Date:                       2013 – 2014

*Expert Engagement:*
Type of Matter:             Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                            related to short message service (SMS) technology
Law Firm:                   Francis & Mailman, P.C.
Case Name:                  Dominguez v. Yahoo! Inc.
Services Provided:          Testifying expert, expert reports, depositions for plaintiff
Disposition:                Ongoing
Date:                       2013 – 2014

*Expert Engagement:*
Type of Matter:             Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                            related to short message service (SMS) technology
Law Firm:                   McGuire Law, P.C.
Case Name:                  Smith v. Microsoft Corporation
Services Provided:          Testifying expert, expert reports for plaintiff
Disposition:                Ongoing
Date:                       2013 – 2014

*Expert Engagement:*
Type of Matter:             Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                            related to short message service (SMS) technology
Law Firm:                   Heyrich Kalish McGuigan, PLLC
Case Name:                  Gragg v. Orange Cab Company, Inc., et al.
Services Provided:          Testifying expert, expert reports, depositions for plaintiff
Disposition:                Dismissed
Date:                       2013 – 2014

*Expert Engagement:*
Type of Matter:             Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                            related to short message service (SMS) technology
Law Firm:                   Wooten, Kimbrough & Normand, PA
Case Name:                  Murphy v. DCI Biologicals, LLC
Services Provided:          Testifying expert, expert reports for plaintiff
Disposition:                Settled
Date:                       2013 – 2014

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Murray v. Bill Me Later, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Sherman v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful cellular telephone calls |
| Law Firm: | Collins & Story, PA |
| Case Name: | Keen v. Delta Outsource Group, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and mobile banking |
| Law Firm: | Panovia Group LLP |
| Case Name: | N5 Technologies, LLC v. Capital One, N.A., et al. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Hartmann and Kananen |
| Case Name: | Baird v. Sabre, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 – 2014 |

### Randall A. Snyder
### Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Edelson LLC |
| Case Name: | Lee v. Stonebridge Life Insurance Company |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2012 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and multimedia message service (MMS) technology |
| Law Firm: | Baker Botts LLP |
| Case Name: | Intellectual Ventures LLC v. AT&T Mobility LLC, T-Mobile USA, Inc., Sprint Spectrum L.P., US Cellular Corporation |
| Services Provided: | Testifying expert, expert reports for defendants |
| Disposition: | Ongoing |
| Date: | 2012 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Wanca v. LA Fitness International, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Penn v. NRA Group, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Reed v. GC Services LP |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

> **Randall A. Snyder**
> **Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Lavery Law Firm |
| Case Name: | Volpe v. Caribbean Cruise Line, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related to unfair business practices and unlawful cellular telephone calls |
| Law Firm: | Williamson and Williams Law |
| Case Name: | Kids Northwest v. First Data Corporation |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | George Rikos Law |
| Case Name: | Van Patten v. Vertical Fitness |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California Business and Professions Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Milberg LLP |
| Case Name: | D'Agostino v. Jesta Digital, LLC (dba Jamster) |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R. § 64.1200(d)(3) class action related to unlawful cellular telephone calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Benzion v. Vivint, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

## Randall A. Snyder
## Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Rutigliano v. Convergent Outsourcing, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Emanuel v. The Los Angeles Lakers, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Barani v. Wells Fargo Bank, N.A. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless calling party identification technology |
| Law Firm: | K&L Gates LLP |
| Case Name: | Cequint Inc. v. Apple Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Mais v. Gulf Coast Collection Bureau, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action |

> ### Randall A. Snyder
> ### Curriculum Vitae

|  |  |
|---|---|
|  | related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Manno v. Healthcare Revenue Recovery Group, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Wojcik v. Buffalo Bills, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Keim v. ADF Midatlantic, LLC (Pizza Hut) |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP |
| Case Name: | Connelly v. Hilton Grand Vacations Company, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for defendant |
| Disposition: | Ongoing |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kirby Law Group |
| Case Name: | Agne v. Papa John's International, Inc., et al. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and |

<table>
<tr><td></td><td><strong>Randall A. Snyder<br/>Curriculum Vitae</strong></td></tr>
</table>

|  | NY GBL 399-P class action related to unlawful calls |
| --- | --- |
| Law Firm: | Bellin and Associates LLC |
| Case Name: | Tipoo v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert, consulting expert, discovery motions for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2012 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| --- | --- |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Bailey v. Household Finance Corporation, et al. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| --- | --- |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Annoni v. FYISMS.com, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| --- | --- |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Schrock v. Wenner Media LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| --- | --- |
| Law Firm: | Summit Law Group |
| Case Name: | Kramer v. Autobytel, Inc. and B2Mobile, LLC |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Settled |
| Date: | 2011 |

*Expert Engagement:*

| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| --- | --- |

## Randall A. Snyder
## Curriculum Vitae

| | |
|---|---|
| Law Firm: | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless), et al. |
| Services Provided: | Consulting expert, USPTO affidavits for patent reexamination for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Griffith v. Consumer Portfolio Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Dobbin v. Wells Fargo Auto Finance, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | Nelson Bumgardner Casto PC |
| Case Name: | Celltrace LLC v. AT&T Inc., et al. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | VanDyke v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Gordon & Rees LLP |
| Case Name: | Allen v. Rickenbacker Collection Services |

> ### Randall A. Snyder
> ### Curriculum Vitae

Services Provided:     Consulting expert for defendant
Disposition:           Undisclosed
Date:                  2009

*Expert Engagement:*
Type of Matter:        Intellectual property (trademarks) related to short message service (SMS)
                       technology
Law Firm:              Fish & Richardson P.C.
Case Name:             Cricket Communications, Inc. v. HipCricket, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Undisclosed
Date:                  2008 – 2009

*Expert Engagement:*
Type of Matter:        California Constitution, Article VI, § 10, class action related to short message
                       service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Albrecht v. mBlox, Inc., et al.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2008 – 2009

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Blim & Edelson, LLC
Case Name:             Satterfield v. Simon & Schuster, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2007 – 2009

*Expert Engagement:*
Type of Matter:        Class action related to short message service (SMS) technology and unlawful
                       charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Walker v. Motricity, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2008

*Expert Engagement:*
Type of Matter:        Class action related to short message service (SMS) technology and unlawful
                       charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Rynearson v. Motricity, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2008

## Randall A. Snyder
## Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Reed v. Sprint Nextel Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Nava v. Predicto Mobile, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | McFerren v. AT&T Mobility, LLC |
| Services Provided: | Consulting expert for plaintiff, settlement agreement |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Guerrero v. MobileFunster, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

## Randall A. Snyder
## Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Gray v. Mobile Messenger Americas, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Goddard v. Google, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Duffy v. Nevis Mobile, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Criswell v. MySpace, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. § 1367(a) class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Bradberry v. mBlox, Inc. |
| Services Provided: | Consulting expert, damage estimates for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Ayers v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Hahn Loeser & Parks, LLC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless), et al. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Valdez v. Sprint Nextel Corporation |
| Services Provided: | Consulting expert, damages estimate for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Bradberry v. T-Mobile USA, Inc. |
| Services Provided: | Testifying expert, expert reports, numerosity for class certification for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Abrams v. Facebook, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

## Randall A. Snyder
## Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | Paul Hastings LLP |
| Case Name: | TeleCommunication Systems, Inc. v. Mobile365, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions, trial testimony for defendant |
| Disposition: | Settled |
| Date: | 2007 |



**Wireless**
**Research**
**Services**

# Wireless Research Services, LLC
## 2014 Rate Sheet

| ITEM | FEE |
|---|---|
| Non-refundable Retainer at Time of Engagement | $4,000 |
| Expert Witness Consulting, Expert Reports | $450 per hour |
| Depositions, In-court Testimony | $500 per hour |
| Required Travel, Lodging, Board and Administrative Expenses | $1,000 per airline travel day plus actual incurred expenses |
| Invoicing | Payment due upon receipt |
| Penalty for Late Payments | 10% of total invoice added after each 30 days late until full payment is received |

By signing below and returning an executed copy to Wireless Research Services, LLC along with payment of the non-refundable retainer, you agree to the payment terms contained on this rate sheet.

Agreed to by:_____

Law firm/Company:_____

Case Name:_____

Date:_____



```
 1    A.    Well, the dialer is no longer being used and text
 2          messages are no longer sent.
 3    Q.    When did First National Bank stop using text messages?
 4    A.    I believe that was in January of 2012 off the top of my
 5          head.
 6    Q.    And when did it stop using the dialer?
 7    A.    January 2013.
 8    Q.    The dialer that you referred to, what is that?
 9    A.    It's a software program through TouchStar that would be
10          used to dial phone numbers.
11    Q.    Okay.  Let's do this.  I'm going to hand you what was
12          marked as Exhibit 2 in the deposition yesterday.
13          Exhibit 2 is defendants' objections and responses to
14          plaintiff's first set of discovery requests.  If you
15          can look on page 4.  My office had sent out a discovery
16          request asking for all machines by model and supporting
17          systems used to make any telephone calls on behalf of
18          either defendant.  The response -- there's some
19          objections and things like that.  And then as you turn
20          the page, there's several things listed A through E.
21          Do you see that?
22    A.    I do.
23    Q.    Okay.  And do you know what the first one is, 3Com
24          Phone System?
25    A.    Uh-huh.
```

10

```
 1                    MR. SCHEHR:  You have to verbalize.

 2                    THE WITNESS:  I'm sorry.  Yes.

 3                    MR. SCHEHR:  It's okay.  You're doing great.

 4      BY MR. HANSMA:

 5      Q.   Can you tell me what that is?

 6      A.   That's just the phone system, like AT&T.

 7      Q.   Verizon?

 8      A.   Just a regular phone system.  Uh-huh.

 9      Q.   How is it set up?  The collectors in the call center,

10           they all have like a cubicle?

11      A.   Yes.

12      Q.   And they have a desk with a phone on it?

13      A.   Yes.

14      Q.   And that phone is just like a regular phone with a

15           receiver and the buttons?

16      A.   Yes.

17      Q.   And then the next thing listed on page 5 there is

18           TouchStar Version 5.7.

19      A.   Uh-huh.  Yes.

20      Q.   That's the dialer you were referring to?

21      A.   Yes.

22      Q.   You mentioned that that can dial phone numbers; is that

23           right?

24      A.   Yes.

25      Q.   Okay.  So is it -- I take it phone numbers of debtors
```

```
 1          who are going to receive the collection calls, they're

 2          stored in the TouchStar somehow?

 3    A.    No, they're not stored in TouchStar.

 4    Q.    They're stored on the computer?

 5    A.    Well, they're stored in the Weber database.

 6    Q.    Okay.  And is the Weber database connected to the

 7          TouchStar somehow?

 8    A.    No, it's not.

 9    Q.    How does the TouchStar dial the phone numbers?

10    A.    Well, if it's -- it has to be set up.  A call campaign

11          has to be set up.

12    Q.    Okay.

13    A.    Would you like me to run through that?

14    Q.    Please do.

15    A.    A call campaign, we go into **Dweeb, which is a program

16          used to run queries.  So we put a call campaign based

17          on certain criteria which accounts are going to be

18          called from a days past due range.  That query would

19          give us a list of account numbers, names of borrowers,

20          and phone numbers.  I would copy that information over

21          to an Excel spreadsheet, review that spreadsheet for

22          any anomalies, such as duplicate phone numbers or

23          numbers that -- you know, data that wasn't good, take

24          that data out.  I would then open up TouchStar and then

25          drag and drop that Excel sheet into TouchStar to
```

<div align="center">12</div>

1           prepare for the call campaign.

2     Q.    Okay.  And then what does TouchStar do with that

3           information?

4     A.    All TouchStar does is dial the numbers.

5     Q.    It dials -- it dials them automatically on behalf of --

6     A.    It dials the numbers that --

7                 MR. SCHEHR:  You have to let him finish the

8           question.  Hold on a second.  You have to let him

9           finish the question, and then you can answer it after

10          that.

11    BY MR. HANSMA:

12    Q.    TouchStar dials the numbers for the collectors; is that

13          correct?

14    A.    TouchStar will dial the numbers that were set up from

15          the query that I've established for the collectors.

16          Yes.

17    Q.    Okay.  Have you heard the phrase predictive dialer?

18    A.    I have.

19    Q.    What do you understand the phrase predictive dialer to

20          mean?

21    A.    Predictive dialer is a system -- my understanding is a

22          system that automatically has numbers set up in it

23          based on algorithms, or certain data can determine

24          which numbers to call and also determine which

25          collectors will take that call.

13

1   Q.   Does the TouchStar system work that way?

2   A.   No.

3   Q.   It doesn't dial the phone numbers predictively for the

4       operators?

5   A.   No.

6   Q.   Does it dial them automatically for the operators?

7   A.   It just dials -- yes.

8   Q.   So you said you drag the phone number or the list from

9       your spreadsheet into TouchStar, correct?

10   A.   I drag the Excel spreadsheet, drag and drop.

11   Q.   And then will call them from whatever the first one is

12       on the spreadsheet is to the last one?

13   A.   Yes.

14   Q.   And it does that on its own?

15   A.   Based on criteria, I would control the speed of the

16       call, control how many collectors that I have available

17       for that call campaign, and then just dial the number.

18       Uh-huh.

19   Q.   So from day-to-day you can tell it dial a new number

20       every two minutes, 30 seconds, every 5 minutes.  Am I

21       getting that --

22   A.   Based on the query that was run.

23   Q.   Yeah.

24   A.   Uh-huh.  That would be loaded up, and then I could

25       control the speed that calls were being dialed.

14