UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON GLASSBROOK,

    Plaintiff,

v.                                      CASE NO: 13-CV-10152-DT

ROSE ACCEPTANCE, INC.,
ET AL.,

    Defendants.
                               /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION

      This matter was referred to United States Magistrate Michael Hluchaniuk pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In his report filed on September 11, 2015, the magistrate judge recommends that this court grant defendants' Motion for Summary Judgment and dismiss this cause of action. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

      Having reviewed the file and the report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

      Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's "Report and Recommendation", Defendants' Motion for Summary Judgment [ Dkt # 77] is GRANTED and this cause of action is DISMISSED.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: September 30, 2015

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 30, 2015, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522