UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON GLASSBROOK

    Plaintiff,

v.                                CASE No. 13-10152-DT

ROSE ACCEPTANCE, INC, ET AL.,

    Defendants.

_____/

## JUDGMENT

In accordance with the "Order Adopting Magistrate Judge's Report Granting Defendants' Motion for Summary Judgment" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Sharon Glassbrook.

Dated at Detroit, Michigan, this 30 day of September, 2015.

                                            DAVID J. WEAVER
                                           CLERK OF COURT

                                           BY: S/Lisa Wagner
                                           Lisa Wagner Case Manager to
                                           Judge Robert H. Cleland

.