UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON GLASSBROOK

       Plaintiff,

v.                                                    CASE No. 13-10152-DT

ROSE ACCEPTANCE, INC, ET AL.,

       Defendants.

_____/

## JUDGMENT

In accordance with the "Order Adopting Magistrate Judge's Report Granting Defendants' Motion for Summary Judgment" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Sharon Glassbrook.

Dated at Detroit, Michigan, this 30 day of September, 2015.

       DAVID J. WEAVER
       CLERK OF COURT

       BY: <u>S/Lisa Wagner</u>
       Lisa Wagner Case Manager to
       Judge Robert H. Cleland

.